## Tim F. Seehausen MD

12702 Waterbury Lane
Tampa, Florida 33618
813-340-2664

To John V. Tucker;

The information requested in your subpoena received 12/01/2017 has been or is being provided to you by Metlife.

I have no materials in my possession concerning Ms. Costa's disability claim.

My reviews and any other correspondence are in the Metlife file provided to you.

If you feel information is missing, please request directly from Metlife.

Sincerely,

Tim Seehausen MD



EXHIBIT

A

DEC 27 2017