## White, Sean

| | |
|---|---|
| **Subject:** | Dr. Seehausen/ Patrick Madden, MD (Lori Costa) |
| **Start:** | Tue 1/5/2016 12:30 PM |
| **End:** | Tue 1/5/2016 1:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | IDI Claim Medical Scheduling |
| **Required Attendees:** | Tim Seehausen; Paul, Alisa; Slack, Robert; White, Sean |

Dear Dr. Seehausen,

I have schedule a telephone conference call as follow:

| | |
|---|---|
| Date | Tuesday January 5th, 2016 |
| Time | 12:30pm EST |
| Doctor | Patrick Madden, MD |
| Phone | 819-983-6445 (Dr. Madden will call Dr. Seehausen) back-up for Dr. Seehausen to call (941-373-1971) |
| Insured | Lori Costa |
| Policy: | 6 531 379 AH |
| Claim: | 121.509.303.804 |

Sean White
4131

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

1



EXHIBIT B

ML/LC-CF 001102

## White, Sean

| | |
|---|---|
| **Subject:** | Dr. Seehausen/ Patrick Madden, MD (Lori Costa) |
| **Start:** | Wed 6/29/2016 2:00 PM |
| **End:** | Wed 6/29/2016 2:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | IDI Claim Medical Scheduling |
| **Required Attendees:** | Tim Seehausen; Slack, Robert; White, Sean; Jackson, Kim |

Dear Dr. Seehausen,

I have schedule a telephone conference call as follow:

| Date | Wednesday June 29th, 2016 |
|---|---|
| Time | 2:00pm EDT |
| Doctor | Dr. Patrick Madden |
| Phone | 941-373-1971 (Dr. Seehausen will call Dr. Madden) |
| Insured | Lori Costa |
| Policy: | 6 531 379 AH |
| Claim: | 121.509.303.804 |

Sean White
4131

1

ML/LC-CF 000481