...dical Consultant Referral for Dr. T. Seehau...

From: Sean White, T410                                                                                  Date: 11-Apr-16

| Name: COSTA, LORI | Age: 39 | Claim No. 121509303804 |
| --- | --- | --- |
| Dates Claimed: 9/24/15 to present | Status: Disputed | |
| Effective Date: 5/10/2008 | | |

| Primary Diagnosis: | Frontal processing errors, fibromyalgia, ataxic gait, opthalmoplegia, restless leg syndrome, vertigo, paresthesias |
| --- | --- |
| Occupation: | Trial Attorney |

| Your Last Review: | 2/16/16 |
| --- | --- |
| Request: | Please review the updated file and records since your last review and comment on restrictions and limitations. |

*Dictated.*

*Tim Seehausen MD*
*4/12/16*

Medical Consultant Referral for Dr. T. Seehausen                              Date: 04/11/16


EXHIBIT C

ML/LC-CF 000531

| | |
|---|---|
| Claimant: | Costa, Lori |
| Claim Number: | 121509303804 |
| Date: | 4/13/2016 |
| Examiner: | Sean White/T410 |

2/3/16: Pharmacy scan.

Currently filling script for Gabapentin by Dr. Madden.

Records: Yeomans, M.D., GYN from 2007.

3/10/16 – claimant statement.
Notes hospitalized Holmes Regional Medical center 2/22-2/24/16 for weakness, dizziness.
Records are outstanding.

Records: O' Neal, MS PSYD:

2/25/16; neuropsychological evaluation.
Comments deferred to Dr. Boone's expertise.

Records: Stephen White, DO, concern primary care and end 2/25/15.

Records: Abrams, M.D. (ophthalmology).
3/4/16 visit note:

Three episode of diplopia, could blink it away.
Impression: MS, illegible.
States seeing Dr. Madden next week, prisms not indicated.

Records: Williams, M.D.:
These records are duplicates of records previously received from White, D.O.

Records: Madden, M.D. (neurology).
3/11/16 follow up. Seen for gait ataxia and dizziness.

States losing ability to" walk." Left leg buckles after walking 10', but right is getting weaker as well. The left is much worse. The legs started buckling in January 2016; they feel weak more than painful. Went to the hospital 2/22 and 2/24 for weakness in right biceps and extreme dizziness. She shuffles and drags her feet after walking for a while. Leg spasms can wake her up. Pain in the left knee yesterday intermittent. Legs cramping 1-2x per week; left leg more than right, has been having a dry mouth lately. Has not had many good bowel movements, spends 3-4 days straining before bowel movement. Temperature has been low recently and was 96 degrees with an ear thermometer.
Dizziness, lightheaded equal woozy and can last anywhere between a few minutes and a couple of hours, brain fog/fibro fog, vertigo, peripheral better with visual fixation usually, but has not tried the last couple of episodes.

Central? no change with visual fixation worse. States decreased sleep and sleeps 6-8 hours total. Can wake up in the middle of the night sometimes 1-2x per week with night sweats or spasm. Trouble getting to sleep. No trouble staying asleep. No breathing abnormalities.

Notes VEP/SSEP in median/tibial nerves, BAER all normal- done at Tampa General hospital.
Neuropsych testing reviewed.
Notes has thoracic paraspinal muscle atrophy, minor cervical kyphosis.
Mental status: notes no memory difficulties, normal attention span and conversation, language, function and fund of knowledge.
Exam: decreased grip, no tremors, negative Rhomberg, mild left lower leg dystonia and widening of base.
Diagnosis: Ataxic gait, fibromyalgia, other peripheral vertigo, dystonia.
Impression: Notes gait ataxia with no evidence of CNS demyelinating disease.

Fibromyalgia with associated "exercise intolerance and frontal processing issues."

Peripheral vertigo, questionable cause.

Cervical pain.

Lumbosacral pain.

Questionable new lower left leg dystonia.

Mestinon was tried trial to treat fibromyalgia, psychotherapy recommended. Repeat neuropsych testing in one year, rheumatology and ENT consults. Notes will call about final median SSEP results. Mestinon script noted.

Restrictions and limitations: Comments on cognitive dysfunction deferred to Dr. Boone's expertise.

As of the 1/19/16 telephone call with Dr. Madden, he did not feel that Ms. Costa's condition, other than reported cognitive function, interfered with her ability to practice law.

Please forward summary of that telephone conference to Dr. Madden for his editing with a closing statement as to whether or not he has changed his opinion since that timeframe.

Tim Seehausen, M.D. –
Dictated but not proofread

TS/dd
Transcribed:

ML/LC-CF 000530

Medical Consultant Referral for Dr. T. Seehausen

From: Sean White, T410                                                                              Date: 02-Aug-16

Name: COSTA, LORI        Age: 40                 Claim No. 121509303804
Dates Claimed: 9/24/15 to present    Status: Disputed
Effective Date: 5/10/2008

| Primary Diagnosis: | Frontal processing errors, fibromyalgia, ataxic gait, opthalmoplegia, restless leg syndrome, vertigo, paresthesias |
|---|---|
| Occupation: | Attorney |

| Your Last Review: | 4/12/16 |
|---|---|
| Request: | Please review the updated file and records since your last review and comment on restrictions and limitations.<br><br>Additionally, please prepare a list of questions to send Dr. Madden in a letter. |

Dictated

11 pgs

[signature] 8/12/16

Medical Consultant Referral for Dr. T. Seehausen                                                   Date: 08/02/16

ML/LC-CF 000364

| | |
|---|---|
| **Claimant:** | Costa, Lori |
| **Claim Number:** | 121509303804 |
| **Date:** | 8/3/16 |
| **Examiner:** | Sean White/T410 |

Dr. Madden has not returned the signed, edited copy of our 1/19/16 telephone conference.

Records: Holmes Regional Medical Center:

2/22/16-2/24/16: Admission with right upper extremity weakness which was transient. Workup was negative during hospitalization with a differential diagnoses including transient ischemic attack versus a possible multiple sclerosis exacerbation.
Neurological consultation; felt symptoms were of an unclear etiology.
Follow up with Dr. Madden at Shand's was recommended.

5/5/16: Review by Dr. Vu noted.

List of things I can't do at work supplied by Ms. Costa reviewed.

5/31/16 communication with Dr. Madden's office:

Office personnel stated that Dr. Madden's opinion had not changed since the phone call.
Request was made to still proceed with the planned 6/29/16 call.

Updated records Madden, M.D.:

3/11/16: Follow up visit.
Notes gait ataxia. "losing ability to walk" left knee buckles after even walking 10', but right getting weaker as well. The left is much worse. The leg started buckling in January 2016. Stated he went to the hospital 2/22-2/24/16 with weakness in the right biceps and extreme dizziness. States shuffles and drags her feet. Legs have been cramping for 1-2 weeks. Dry mouth, sometimes 3-4 days before having a bowel movement. Vertigo noted to be better with visual fixation. Notes negative VEP/SSEP – negative at Tampa general hospital. Mental status and cranial nerve examinations were normal with okay response, normal but induced central vertigo. Motor notes decreased grip. Mild left lower leg dystonia, widening of base.
Impression: Gait ataxia with a history of intranuclear opthalmoplegia. No evidence of CNS demyelinating disease.
Fibromyalgia with associated exercise intolerance and frontal processing issues. Peripheral vertigo, cervical pain, lumbosacral spine pain, questionable new left lower dystonia. Mestinon.

Mestinon trial was planned to treat diagnosis #2.
Recommend repeat neuropsychological testing in one year.
Rheumatology and ENT consults.

5/30/16: follow up. Stopped taking Mestinon because she had a bad reaction. Is now on acetazolamide

New left lower leg dystonia. Also with pain in her right arm. Spots on the outside of the arm. Notes started feeling pain in her right shoulder with muscle spasm you can physically see. When she walks too much her leg gives out, but if she sits too long they will be weak. Feels like her left leg will collapse. On Sunday, a band of weakness in both legs in two spots and lately weakness under left buttocks and thigh connection. She has a new headache. Ice pick headache in right temple. Happening every day; now happens 1-2x per week. Started early April. Vertigo overall better. Has been dizzy, but not a full spell. Sleeps fine.
Physical Examination: states normal motor exam. Normal sensory exam. Coordination also recorded as normal. Gait and station; dystonic posture when walking, also with prior noted left foot inversion (? incomplete dystonic – posture).
Impression: New left lower leg dystonia.

Brain MRI, 2/16: Lesion of the right cerebellar peduncle, felt to be old and related to the INO.
Notes new anterior thigh pain, paresthesias, questionable new posterior lateral thoracic myelopathy. Cervical pain minor. Lumbosacral minor. Fibromyalgia; tried Mestinon, may just be related to decreased sleep. Migraine tied to sleep issue, ice pick headache, reported vertigo. Follow up with Dr. Silverman recommended. Question Physiatrist consult for functional capacity exam. Follow up with Dr. Shoemaker as arranged. Neuropsych evaluation.
Plan: Wants to consider second opinion regarding MS at Brigham women's hospital, Dr. Weiner's.

Letter from Ms. Costa's attorney indicating telephone conversation could not occur with Dr. Madden unless Mr. Tucker (attorney) is also on the call and he would not be available on the planned 6/29/16 conference call.

Additional records: Madden
4/19/16: Florida Ear & Sinus Center.
Evaluation; states vertigo since 2010. Notes will present patient at Fellows conference tonight. Feels the patient has progressive neurologic dx. Will start Diamox, Ativan prn.

Records: Silverstein, M.D.:
Includes 4/19/16 visit. As well as multiple studies.

Records: Johnston, M.D., rheumatology.
6/7/16 consult. Musculoskeletal: exam with no focal weakness in proximal, upper/lower extremities. No ST of the shoulders, elbows, wrists, MCPs, PIPs, DIPs with normal hand grip. Notes mildly tender right lateral ankle without swelling or warmth.
Assessment: Dystonia and multiple labs ordered.

7/7/16 follow up: No change in symptoms. Labs, including collagen vascular screen was reported as negative. CRP is less than .6, sed rate 6, CCP is negative. Second opinion with Dr. Weiner's clinic, stated to be scheduled for 11/15/16.

Records: Pathways counseling center.
4/13/16: note stated is seeing part-time work to feel productive.

4/17/16: note states starting to feel bored not being able to work as a lawyer and will see part-time work.

5/18/16 note: states there has been a discovery of a lesion in her brain scan, set to go to Boston for a specialist consult. She reports relief that she may be getting closer to diagnosis and not just in her head.

6/30/16:
States scheduled to take additional psych testing. Next neurology appointment is not until November.

7/20/16: reports difficulty with cognitive function this week as well as leg weakness.

Restrictions and limitations:

Ms. Costa continues to present with multiple symptoms, including cognitive dysfunction and various areas of weakness, although this has not been confirmed on examination.

Ongoing workup is planned, including consultation with an MS specialist at Brigham's Woman's in Boston Dr. Weiner.

Dr. Boone has addressed psychological functioning and additional testing is planned. His review of Dr. Neil's evaluation indicated suboptimal effort, which brings into question Ms. Costa's self-reported symptoms.

Dr. Madden's additional visits discuss ongoing symptoms and events since our telephone conversation.

I have composed a letter to Dr. Madden for his direct input as to whether or not Ms. Costa's reported symptoms other than cognitive dysfunction would result in restrictions and limitations.

The recent psychology notes indicate that Ms. Costa was seeking part-time work as of 4/13/16.

This is not consistent with symptoms preventing work activity.

Awaiting Dr. Madden's additional input.


Tim Seehausen, M.D. –8/3/16
Dictated but not proofread

TS/dd
Transcribed:8/4/16