# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO.: 6:17-cv-00714-PGB-TBS

LORI COSTA,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Lori Costa, and Defendant, Metropolitan Life Insurance Company, by and through their undersigned counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice as to the claims asserted or which could have been asserted in this lawsuit, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| **SHUTTS & BOWEN LLP**<br>*Attorneys for Metropolitan Life Insurance Company*<br>200 S. Biscayne Boulevard<br>Suite 4100<br>Miami, FL 33131<br>Tel: (305) 358-6300 | **Tucker & Ludin, P.A.**<br>*Attorneys for Plaintiff, Lori Costa*<br>5235 16th Street North<br>St. Petersburg, FL 33703<br>Tel: (727) 572-5000 |
| By: */s/ John E. Meagher*<br>   John E. Meagher, Esq.<br>   Florida Bar No. 511099<br>   *jmeagher@shutts.com* | By: */s John V. Tucker*<br>   John V. Tucker, Esq.<br>   Florida Bar No. 899917<br>   *tucker@tuckerludin.com* |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 5th, 2018, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           */s/ John E. Meagher*
                                                           John E. Meagher

## SERVICE LIST

*Lori Costa v. Metropolitan Life Insurance Company*
**United States District Court, Middle District of Florida**
**Orlando Division**
*Case No.: 6:17-cv-00714-GKS-TBS*

John V. Tucker, Esq.
Tucker & Ludin, P.A.
5235 16th Street North
St. Petersburg, FL 33703
T: (727) 572-5000
F: (727) 571-1415
*Tucker@Tuckerludin.com*
*Dana@Tuckerludin.com*
*Demas@Tuckerludin.com*
 Attorneys for Plaintiff